# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RYAN URBIN,**

    **Plaintiff,**

**v.**                                               Case No. 1:23-cv-31-AW-MAF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Ryan Urbin sued Ricky Dixon, Cheryl Mason, and Melinda Coonrod. All have moved to dismiss. In his response to Coonrod's motion, Urbin states he does not object to dismissal. The magistrate judge recommends granting Coonrod's motion and dismissing the claims against her. ECF No. 40. There has been no objection to the report and recommendation.

The report and recommendation (ECF No. 40) is ADOPTED. Coonrod's motion (ECF No. 32) is GRANTED. The claims against Coonrod are DISMISSED. The magistrate judge will conduct further appropriate proceedings as to the remaining Defendants.

SO ORDERED on December 11, 2023.

                                                s/ *Allen Winsor*
                                              United States District Judge